UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 03-CR-124

DONALD E. OTTO,

    Defendant.

**ORDER DENYING MOTION FOR RECONSIDERATION**

    Defendant Donald E. Otto has moved for reconsideration of my previous order denying his motion to modify his sentence pursuant to Fed. R. Crim. P. 35. For the reasons stated in my Order of October 5, 2005, Otto's Motion for Reconsideration is denied.

    Dated this  9th  day of November, 2005.

                                                   s/ William C. Griesbach
                                                   William C. Griesbach
                                                   United States District Judge